UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22mj03925 Becerra

UNITED STATES OF AMERICA

vs.

DAVID ERNAND,
PLACIDO RIVERA-RODRIGUEZ, and
SANTO ROSARIO-RIVERA,
    Defendants.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No.

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No.

                                          Respectfully submitted,
                                          JUAN ANTONIO GONZALEZ
                                          UNITED STATES ATTORNEY

BY:   S/ Marc Chattah
        Marc Chattah
        Assistant United States Attorney
        Fla. Bar No. 27586
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: 305-961-9087
        Email: marc.chattah@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID ERNAND,<br>PLACIDO RIVERA-RODRIGUEZ, and<br>SANTO ROSARIO-RIVERA,<br>*Defendant(s)* | Case No.   1:22mj03925 Becerra |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __October 23, 2022__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Special Agent Garrett Redfern
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this __11th__ day of November, 2022.

Date: 11/11/2022

*Judge's signature*

City and state:   Miami, Florida         Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Garrett B. Redfern, being duly sworn, hereby depose and state as follows:

1. I am a special agent with the United States Drug Enforcement Administration ("DEA") and have been so employed since 2021. As a DEA special agent, I am an investigative officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a special agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this affidavit are based on my personal knowledge as well as information obtained from others. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against David Ernand, Placido Rivera-Rodriguez, and Santo Rosario-Rivera for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about October 23, 2022, a Maritime Patrol Aircraft ("MPA") spotted a north-bound go-fast vessel ("GFV") approximately 130 nautical miles north of Aruba, in international waters and upon the high seas. The GFV had three individuals on board, numerous fuel barrels, bales visible on

1

deck, and did not display any indicia of nationality. The HNLMS Holland, with embarked Law Enforcement Detachment (LEDET) 408 was in the area and was diverted to interdict and investigate. United States Coast Guard District 7 assumed tactical control of HNLMS Holland. Once in the vicinity, the HNLMS Holland launched their Fast-Raiding Interception and Special Forces Craft (FRISC) with embarked LEDET 408 boarding team and a helicopter to interdict. The HNLMS Holland requested and received a Statement of No Objection to conduct a Right of Visit boarding. The boarding team arrived on scene and obtained positive control over the vessel in position.

4. The three persons on board were later identified as David Ernand, Placido Rivera-Rodriguez, and Santo Rosario-Rivera. All three persons on board made verbal claim of Haitian nationality. None of the persons on board identified themselves as the master, and no claim of nationality was made for the vessel. Accordingly, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

5. The boarding team seized the bales on board the GFV which consisted of a total of eighteen bales with a total at-sea weight of approximately 522 kilograms. The bales field tested positive for cocaine. All three individuals along with the cocaine that was on their GFV were transferred to the HLNMS Holland.

CONTINUED ON NEXT PAGE

6. Based on the foregoing facts, I submit that probable cause exists to believe that David Ernand, Placido Rivera-Rodriguez, and Santo Rosario-Rivera did knowingly and willfully conspire to possess with intent distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

    **FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT GARRETT REDFERN
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this __11th__ day of November 2022.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:22mj03925 Becerra

### BOND RECOMMENDATION

DEFENDANT: **DAVID ERNAND,**

**PTD**
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Marc Chattah*
AUSA:

Last Known Address: _____

What Facility: _____

Agent(s): **DEA**
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _1:22mj03925 Becerra_

### BOND RECOMMENDATION

DEFENDANT: **PLACIDO RIVERA-RODRIGUEZ,**

**PTD**
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Marc Chattah_
AUSA:

Last Known Address: _____

What Facility: _____

Agent(s): **DEA**
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:   1:22mj03925 Becerra

## BOND RECOMMENDATION

DEFENDANT:  SANTO ROSARIO-RIVERA,

**PTD**
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Marc Chattah*
AUSA:

Last Known Address:

What Facility:

Agent(s):  **DEA**
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)